AO 245B (CASDRev. 08/14) Judgment in a Petty Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| Vyacheslav Igorevich Piglitsin aka Vyacheslav Piglitson | Case Number: 24-cr-00618-MMP |
| | Marcus S. Bourassa, RET |
| | Defendant's Attorney |

**REGISTRATION NO.**  03168511

The Defendant:

☒ pleaded guilty to count(s)  1 OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1433; 1436 | VIOLATIONS OF ARRIVAL, REPORTING, ENTRY, AND CLEARANCE (MISDEMEANOR) | 1 |

The defendant is sentenced is provided on page 2 of this judgment

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s)  UNDERLYING COUNTS  are Dismissed without prejudice on the motion of the United States.

☒ Assessment :  REMITTED

☒ No fine    ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 27, 2025
Date of Imposition of Sentence

*Michelle M. Pettit* (signature)

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

24-cr-00618-MMP

DEFENDANT: Vyacheslav Igorevich Piglitsin
aka Vyacheslav Piglitson
CASE NUMBER: 24-cr-00618-MMP

Judgment - Page **2** of **3**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
TIME SERVED

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ A.M. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

24-cr-00618-MMP

| | | |
|---|---|---|
| DEFENDANT: | Vyacheslav Igorevich Piglitsin<br>aka Vyacheslav Piglitson | Judgment - Page **3** of **3** |
| CASE NUMBER: | 24-cr-00618-MMP | |

# RESTITUTION

IT IS ORDERED that the defendant pay restitution in the amount of $4,355.00 through the Clerk, U.S. District Court by bank or cashier's check and money order made payable to the "Clerk, United States District Court." Further, the restitution described above shall be paid to or on behalf:

> NFC Collections Section
> Attn: DOJ Restitution
> FP&F 2024250400075401
> P.O. Box 68907
> Indianapolis, IN 46268

24-cr-00618-MMP